Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  11−41208−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franke Jones
   24 Oakton Drive
   Atco, NJ 08004

Social Security No.:
   xxx−xx−2240

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/30/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 30, 2016
JJW: dac

James J. Waldron
Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 11-41208-JNP
Franke Jones                                                        Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Sep 30, 2016
                               Form ID: 148                 Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db             +Franke Jones,    24 Oakton Drive,    Atco, NJ 08004-2481
cr             +CALIBER HOME LOANS, INC., servicer for VOLT 2012-,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
                 Southfield, MI  48034)
cr              ECAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
515710405       Barclays Bank PLC,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
515710406      +Barclays Bank PLC,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826,    Barclays Bank PLC,    c/o Shellpoint Mortgage Servicing 29603-0826
512480327       Bill Me Later,    PO Box 105658,    Atlanta, GA  30348-5658
512486803      +CREDIT ACCEPTANCE,    25505 W 12 MILE RD #3000,    SOUTHFIELD, MICH 48034-8331
512480330      +Credit Acceptance,    PO Box 551888,    Detroit, MI 48255-1888
512642326      +HSBC/Orchard Bank,    Cavalry Portfolio Services, LLC,    500 Summit Lake Drive, Suite 400,
                 Valhalla, NY 10595-2322
512480335       US Bank Home Mortgage,    PO Box 790414,    Saint Louis, MO  63179-0414
512480336       US Department of Education,    Direct Loan Payment Center,    PO Box 530260,
                 Atlanta, GA  30353-0260
512720473       US Departnment of Education,    Direct Loan Servicing Center,    PO BOX 5609,
                 Greenville, TX 75403-5609
512821971      +VERICREST FINANCIAL, INC., SOLELY IN ITS CAPACITY,    13801 WIRELESS WAY,
                 OKLAHOMA CITY, OK 73134-2500
516037872      +Wilmington Trust, National Association,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                 Chicago, IL 60642-1231
516037873      +Wilmington Trust, National Association,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                 Chicago, IL 60642,   Wilmington Trust, National Association,    Fay Servicing, LLC 60642-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2016 00:02:53     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2016 00:02:48     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: WFFC.COM Sep 30 2016 23:43:00     Wells Fargo,    13675 Technology Drive, Bldg. C,
                 Eden Prairie, MN  55344-2252
512560127      +EDI: OPHSUBSID.COM Sep 30 2016 23:43:00     CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512480328       EDI: CAPITALONE.COM Sep 30 2016 23:43:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC  28272-1083
513131973      +EDI: BASSASSOC.COM Sep 30 2016 23:43:00     Capital One, N.A,    c/o Bass and Associates,P.C.,
                 3936 E Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
512480329       EDI: CIAC.COM Sep 30 2016 23:43:00     CitiMortgage, Inc.,    PO Box 689196,
                 Des Moines, IA  50368-9196
512782270       EDI: RESURGENT.COM Sep 30 2016 23:43:00     Dell Financial Services L.L.C.,
                 c/o Resurgent Capital Services,    PO Box 10390,    Greenville, SC 29603-0390
512517723      +EDI: TSYS2.COM Sep 30 2016 23:43:00     Department Stores National Bank/Macy’s,
                 Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
512796436      +EDI: BASSASSOC.COM Sep 30 2016 23:43:00     HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
512671517      +EDI: BASSASSOC.COM Sep 30 2016 23:43:00     HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
512480331       EDI: HFC.COM Sep 30 2016 23:43:00     HSBC Card Services,    PO Box 17051,
                 Baltimore, MD  21297-1051
512480332       EDI: HFC.COM Sep 30 2016 23:43:00     HSBC/Best Buy,    PO Box 5244,
                 Carol Stream, IL  60197-5244
512480333       E-mail/Text: ebnsterling@weltman.com Oct 01 2016 00:02:38     Kay Jewelers,    PO Box 740425,
                 Cincinnati, OH  45274-0425
512480334       EDI: TSYS2.COM Sep 30 2016 23:43:00     Macy’s,    PO Box 183083,    Columbus, OH  43218-3083
512539816       EDI: PRA.COM Sep 30 2016 23:43:00     Portfolio Recovery Associates, LLC,
                 c/o Best Buy Or S&h Greenpoints,    PO Box 41067,    Norfolk VA 23541
512782731       EDI: PRA.COM Sep 30 2016 23:43:00     Portfolio Recovery Associates, LLC,
                 c/o Sears Premier Card,    POB 41067,    Norfolk VA 23541
512522225      +EDI: WFFC.COM Sep 30 2016 23:43:00     Wells Fargo,    PO Box 7648,    Boise ID 83707-1648,
                 Attn: Tessie Bixler
512480337      +EDI: WFFC.COM Sep 30 2016 23:43:00     Wells Fargo Bank,    2501 Seaport Drive BH 300,
                 Chester, PA 19013-1893
514728774      +EDI: BASSASSOC.COM Sep 30 2016 23:43:00     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
514728775      +EDI: BASSASSOC.COM Sep 30 2016 23:43:00     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ  85712,
                 eCAST Settlement Corporation,    c/o Bass & Associates, P.C. 85712-1083
                                                                                              TOTAL: 21
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 30, 2016
                              Form ID: 148             Total Noticed: 37
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., servicer for VOLT
           2012-NPL1 Asset Holdings TRUST, BY CALIBER HOME LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER
           nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor   US Bank Trust National Association, as Trustee for
           LSF7 NPL II Trust bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          John Philip Schneider    on behalf of Creditor    CALIBER HOME LOANS, INC., servicer for VOLT
           2012-NPL1 Asset Holdings TRUST, BY CALIBER HOME LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER
           nj.bkecf@fedphe.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo mortonlaw.bcraig@verizon.net,
           donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Larry S. Byck    on behalf of Debtor Franke  Jones lbycklaw@comcast.net
          Patrick O. Lacsina    on behalf of Creditor    US Bank Trust National Association, as Trustee for
           LSF7 NPL II Trust placsina@caplaw.net,   gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com,
           legerman@rasnj.com
                                                                                             TOTAL: 10
```